IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CV-00117-M

RODRICK JENKINS, )
 )
    Plaintiff, )
 )
v. ) ORDER
 )
ANDREW M. SAUL, )
Commissioner of Social Security, )
 )
    Defendant. )
 )

This matter comes before the court on a memorandum and recommendation ("M&R") issued by United States Magistrate Judge Robert T. Numbers (DE 28) with respect to the parties' cross-motions for judgment on the pleadings. DE 21, 23. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), Magistrate Judge Numbers recommends that the court grant Plaintiff's motion, deny Defendant's motion, and remand the matter to the Commissioner for further proceedings. DE 28. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear

---

[1] Judge Numbers issued the M&R on April 28, 2021. Thus, objections were due on or before May 12, 2021. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); Local Civil Rule 72.4(b). The parties' motions and M&R were submitted to this court for disposition on May 14, 2021.

error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's motion for judgment on the pleadings [DE 21] is GRANTED, Defendant's motion for judgment on the pleadings [DE 23] is DENIED, and the matter is remanded to the Commissioner for further proceedings consistent with the M&R and this order. The Clerk of Court is directed to close this case.

SO ORDERED this 18th day of May, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE